**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

VENUS FASHION, INC.,

        Plaintiff,

v.                                                  Case No.  3:14-cv-191-J-34JBT

TIDEBUY INTERNATIONAL, LIMITED,

        Defendant.

_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 30; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on August 10, 2015.  In the Report, Magistrate Judge Toomey recommends that Plaintiff's Renewed Motion for Default Judgment Against Defendant Tidebuy International, Limited (Dkt. No. 25) be granted.  See Report at 17.  Defendant has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 30) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Renewed Motion for Default Judgment Against Defendant Tidebuy International, Limited (Dkt. No. 25) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff Venus Fashion, Inc., c/o Akerman LLP, 50 N. Laura Street, Suite 3100, Jacksonville, FL 32202, and against Defendant Tidebuy International, Limited, Rm. 19C, Lockhart Ctr., 301-307 Lockhart Rd., Wanchai, Hong Kong, as follows:

> Plaintiff shall recover costs pursuant to 28 U.S.C. § 1920. Post-judgment interest will accrue at the statutory rate set forth in 28 U.S.C. § 1961.
>
> Defendant Tidebuy International, Limited is permanently enjoined from: (a) infringing use of Plaintiff's VENUS Marks and variants thereof in any medium or avenue of commerce; (b) using in its advertising or in furtherance of its commerce any trademark confusingly similar to Plaintiff's VENUS Marks and variants thereof; and (c) obtaining, owning or controlling any domain name or social media account that contains Plaintiff's VENUS trademark or anything confusingly similar thereto.
>
> The following internet domains shall be transferred to Plaintiff by Defendant Tidebuy International, Limited, or the appropriate Registrars and/or Registries:
>
> 1) dressvenus.com;
> 2) dressvenus.biz;
> 3) dressvenus.me;

      4) dressvenus.info;
      5) dressvenus.us;
      6) dressvenus.org;
      7) dressvenus.net;
      8) https://www.facebook.com/DressVenus1;
      9) https://plus.google.com/+Dressvenus/videos;
      10) http://twitter.com/dress_venus;
      11) www.pinterest.com/dressVenus/;
      12) http://instagram.com/dressvenus.

      4.    The Clerk of the Court is further directed to terminate any pending motions and close the file.

      **DONE AND ORDERED** in Jacksonville, Florida, this 8th day of October, 2015.

      */s/ Marcia Morales Howard*
      **MARCIA MORALES HOWARD**
      United States District Judge

ja

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record